Juli E. Farris (Bar No. 141716)
KELLER ROHRBACK L.L.P.
801 Garden Street, Suite 301
Santa Barbara, CA 93101
(805) 456-1496; Fax: (805) 456-1497
jfarris@kellerrohrback.com

Jeffrey D. Lewis (Bar No. 66587)
KELLER ROHRBACK L.L.P.
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
(510) 463-3900; Fax: (510) 463-3901
jlewis@kellerrohrback.com

*Interim Lead Counsel for Plaintiffs*

*(Additional Counsel Listed on Signature Page)*

Marc L. Godino (Bar No. 182689)
GLANCY PRONGAY & MURRAY LLP
Century Park East, Suite 2100
Los Angeles, CA 90067
(310) 201-9150; Fax: (310) 201-9160
mgodino@glancylaw.com
info@glancylaw.com

*Attorneys for Melissa Ryan*
*Interim Class Counsel*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| LEWIS, et al., | No. 4:18-cv-02248-PJH |
| Plaintiffs, | (Consol. with No. 4:18-cv-02505-PJH) |
| v. | |
| RODAN & FIELDS, LLC, | |
| Defendant. | |
| MELISSA RYAN, on behalf of herself and all others similarly situated, | No. 4:18-cv-02505-PJH |
| Plaintiff, | **DECLARATION OF JULI E. FARRIS IN SUPPORT OF STIPULATED REQUEST FOR ORDER VACATING CASE MANAGEMENT SCHEDULE** |
| v. | |
| RODAN & FIELDS, LLC, | |
| Defendants. | |

I, Juli E. Farris, hereby declare as follows:

No. 4:18-cv-02248-PJH
(Consol. with No. 4:18-cv-02505-PJH)

1

DECLARATION OF JULI E. FARRIS

**KELLER ROHRBACK L.L.P.**
1201 THIRD AVE., SUITE 3200, SEATTLE, WA 98101

KELLER ROHRBACK L.L.P.
300 LAKESIDE DRIVE, SUITE 1000, OAKLAND, CA 94612

1. I am an attorney with the law firm of Keller Rohrback, L.L.P., Interim Lead Counsel in this matter. I submit this declaration in support of the parties' Stipulated Request for Order Changing Case Management Dates. I have personal knowledge of the facts contained in this declaration, and I can testify competently to them if called upon to do so.

2. On June 15, 2018, by stipulation of the parties, this Court entered an Order (ECF No. 20) consolidating two actions filed on behalf of Plaintiffs against Rodan & Fields LLC (the *Lewis* and *Ryan* Actions).

3. The Order directed Plaintiffs to file a Consolidated Complaint within 60 days of the entry of the Order, to supersede all prior complaints, and stated the Defendants need not respond to any previously filed complaint. The Stipulation and Order did not specifically address the pending deadlines in each of the two underlying actions, including those established by the Initial Case Management Orders.

4. Because the prior schedules set inconsistent deadlines and relate to complaints that have now been superseded, on June 22, 2018, I contacted Stephanie Sheridan, Counsel for Defendant Rodan & Fields, to notify her that the previously set case management deadlines in the *Lewis* and *Ryan* Actions were still on calendar.

5. After additional consultation with Ms. Sheridan and Marc Godino, Interim Class Counsel in the Consolidated Action and Counsel for Plaintiff Melissa Ryan in the *Ryan* Action, the Parties agreed to request that this Court vacate all dates in the *Ryan* and *Lewis* Actions be vacated and that a new Case Management Order be entered in the Consolidated Action after the Consolidated Complaint is filed.

No. 4:18-cv-02248-PJH (Consol. with No. 4:18-cv-02505-PJH)                    2                    DECLARATION OF JULI E. FARRIS

6.      Pursuant to Local Rule 6-2(a)(2), there have been no prior time modifications in the Consolidated Action or the *Lewis* Action. In the *Ryan* Action, the Court re-noted a hearing on the Motion to Strike and Motion to Dismiss the initial complaint from June 25, 2018 to June 27, 2018. The Motion was subsequently rendered moot when Plaintiff Ryan filed her First Amended Class Action Complaint on June 4, 2018.

7.      If granted, the Order requested will require a new date for the Case Management Conference and deadlines for the parties to file a Case Management Statement and ADR Certification, after the operative complaint in the Consolidated Actions has been filed, but no pending hearing or deadlines have been set with respect to the Consolidated Action, so the order will not otherwise affect the schedule for the case.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed this 27th day of June, 2018 in Seattle, Washington.

/s/ *Juli E. Farris*
Juli E. Farris

KELLER ROHRBACK L.L.P.
300 LAKESIDE DRIVE, SUITE 1000, OAKLAND, CA 94612

No. 4:18-cv-02248-PJH
(Consol. with No. 4:18-cv-02505-PJH)

3

DECLARATION OF JULI E. FARRIS